IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI, GREENVILLE DIVISION

_____

ACE AMERICAN INSURANCE COMPANY,
as subrogee of SW Gaming, LLC, d/b/a Harlow's
Casino and Resort,

    Plaintiff,

v.                                          Civil Action No: 4:11-CV-146-WAP-JMV

E. CORNELL MALONE CORPORATION
d/b/a Malone Roofing, LLC,

    Defendant.
_____

**CONSENT ORDER EXTENDING TIME FOR FILING
ANSWER**
_____

      COME NOW the parties, by and through their counsel, and stipulate by consent and agreement that the Defendant, E. Cornell Malone Corporation d/b/a Malone Roofing, LLC ("Defendant"), shall have an additional ten (10) days within which to file its Answer to Plaintiff's Complaint.

      IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court, that by the consent of the parties the Defendant shall have an additional ten (10) days within which to file its Answer to Plaintiff's Complaint.

                                                      /s/Jane M. Virden_____
                                                        United States Magistrate Judge

                                                        January 23, 2012_____
                                                        Date