# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

ACE American Insurance Company,
as subrogee of SW Gaming, LLC,
d/b/a Harlow's Casino and Resort,

 Plaintiff,

vs.

E. Cornell Malone Corporation d/b/a
Malone Roofing, LLC; Paul Gerald
Foote, in his Individual Capacity; Paul
Gerald Foote d/b/a P. Gerald Foote &
Associates; KBA Incorporated; and
Advanced Roofing Systems.

 Defendants.
_____/

CIVIL ACTION FILE NO.:
4:11-CV-00146-WAP-JMV

E. Cornell Malone Corporation d/b/a
Malone Roofing, LLC,

 Third-Party Plaintiff,

vs.

Shaker Construction Group, LLC

 Third-Party Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT E. CORNELL MALONE CORPORATION D/B/A MALONE ROOFING, LLC

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff ACE American Insurance Company hereby dismisses with prejudice all of its claims against Defendant E. Cornell Malone Corporation d/b/a Malone Roofing, LLC.

This 28th day of December, 2012.

s/ David M. Bessho
David M. Bessho
Admitted Pro Hac Vice
Cozen O'Connor
SunTrust Plaza, Suite 2200
303 Peachtree Street, N.E.
Atlanta, Georgia 30308
Telephone: (404) 572-2000
Facsimile: (404) 572-2199
dbessho@cozen.com

<u>Local Counsel</u>
Charles S. Tindall, III (MSB # 8223)
Heath Douglas (MSB # 102313)
Lake Tindall, LLP
P. O. Box 918
Greenville, MS 38702-0918
Telephone: (662) 378-2121
Facsimile: (662) 378-2183

ATLANTA\281284\1

Stipulated and agreed to by:

s/ Jay M. Atkins
Jay M. Atkins #100513
H. Case Embry
Leitner, Williams, Dooley & Napolitan
317 Heritage Drive, Suite 3
Oxford, MS 38655


s/ William M. Vines
William M. Vines #9902
Page, Kruger & Holland, P.A.
Post Office Box 1163
Jackson, MI 39215

3

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the within and foregoing pleading via this Court's electronic filing system upon all parties of record as follows:

| | |
|---|---|
| Jay M. Atkins | William M. Vines |
| H. Case Embry | Page, Kruger & Holland, P.A. |
| Leitner, Williams, Dooley & Napolitan | Post Office Box 1163 |
| 317 Heritage Drive, Suite 3 | Jackson, MI 39215 |
| Oxford, MS 38655 | |

This 28th day of December, 2012.

s/ David M. Bessho