UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

ACE American Insurance Company,
as subrogee of SW Gaming, LLC,
d/b/a Harlow's Casino and Resort      PLAINITFF

VS.      CIVIL ACTION NO.
     4:11-CV-146-WAP-JMV

E. Cornell Malone Corporation d/b/a
Malone Roofing, LLC; Paul Gerald Foote,
in his Individual Capacity; Paul Gerald Foote
d/b/a P. Gerald Foote & Associates; KBA
Incorporated; and Advanced Roofing Systems      DEFENDANTS

E. Cornell Malone Corporation d/b/a
Malone Roofing, LLC      THIRD-PARTY PLAINTIFF

VS.

Shaker Construction Group, LLC      THIRD-PARTY DEFENDANT

**STIPULATION OF DISMISSAL WITH PREJUDICE
AS TO DEFENDANTS PAUL GERALD FOOTE, P. GERALD
<u>FOOTE & ASSOCIATES AND KBA INCORPORATED</u>**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff ACE American Insurance Company hereby dismisses with prejudice all of its claims against Defendants Paul Gerald Foote, P. Gerald Foote & Associates and KBA Incorporated.

This the 9th day of January, 2013.

                s/ David M. Bessho
                David M. Bessho
                Admitted Pro Hac Vice
                Cozen O'Connor
                Sun Trust Plaze, Suite 2200
                303 Peachtree Street, N.E.
                Atlanta, Georgia 30308
                Telephone:  (404) 572-2000
                Facsimile:  (404) 572-2199
                dbessho@cozen.com

<u>Local Counsel</u>
Charles S. Tindall, III (MSB #8223)
Heath Douglas (MSB #102313)
Lake Tindall, LLP
P. O. Box 918
Greenville, MS 38702-0918
Telephone: (662) 378-2121
Facsimile: (662) 378-2183

    Stipulated and agreed to by:

                                      <u>s/ William M. Vines</u>
                                      William M. Vines #9902
                                      Page, Kruger & Holland, P.A.
                                      Post Office Box 1163
                                      Jackson, MS 39215


                                      <u>s/ Jay M. Atkins</u>
                                      Jay M. Atkins #100513
                                      H. Case Embry
                                      Leitner, Williams, Dooley & Napolitan
                                      317 Heritage Drive, Suite 3
                                      Oxford, MS 38655

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing pleading via this Court's electronic filing system upon all parties of record as follows:

| | |
|---|---|
| Jay M. Atkins | William M. Vines |
| H. Case Embry | Page, Kruger & Holland, P.A. |
| Leitner, Williams, Dooley & Napolitan | Post Office Box 1163 |
| 317 Heritage Drive, Suite 3 | Jackson, MS  39215 |
| Oxford, MS  38655 | |

This 9th day of January, 2013.

                                                s/ David M. Bessho
                                                David M. Bessho